UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| RODNEY PRICE, | ) | |
| Plaintiff, | ) ) ) | Civ. No.: 3:16-cv-00030-GFVT |
| v. | ) ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Plaintiff and Defendant have filed an Agreed Order of Dismissal with the Court following their successful settlement negotiation. [R. 18.] Accordingly, it is hereby **ORDERED** as follows:

1.  The complaint against Portfolio Recovery Associates, LLC, is **DISMISSED WITH PREJUDICE** as settled, with parties to pay their own costs.

This 28th day of December, 2016.

Gregory F. Van Tatenhove
United States District Judge